IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MICHAEL CARMIE ANTONELLI                                                          PLAINTIFF
REG. #04053-164

V.                                          2:06CV00061-WRW

MARTHA DEPOORTER, et al                                                         DEFENDANTS

ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau and the objections filed in response, and has further reviewed the relevant record de novo. The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, Plaintiff's case is dismissed in its entirety, without prejudice. Any pending motions are denied as moot.

Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from this order adopting the recommendations and any judgment entered hereunder would not be taken in good faith. This dismissal counts as a "strike" as frivolous pursuant to 28 U.S.C. § 1915(g).

IT IS SO ORDERED this 10th day of May, 2006.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE