IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MICHAEL CARMIE ANTONELLI                                                PLAINTIFF
REG. #04053-164

V.                                    NO. 2:06CV00061 WRW

MARTHA DEPOORTER, et al                                                DEFENDANTS

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing Plaintiff's case in its entirety, without prejudice.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from its order and this judgment entered thereunder would not be taken in good faith.

IT IS SO ORDERED this 10th day of May, 2006.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE